UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

GUY PATRICK BISHOP,                )
                                   )
           Petitioner,             )
    vs.                            )   No. 1:06-cv-562-SEB-VSS
                                   )
COMMISSIONER OF THE INDIANA        )
 DEPARTMENT OF CORRECTIONS,        )
                                   )
           Respondent.             )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  04/11/2006

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Guy Patrick Bishop
DOC #935764
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064