UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GUY PATRICK BISHOP,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>COMMISSIONER OF THE INDIANA<br>　DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Respondent. | )<br>)<br>)<br>)<br>)  No. 1:06-cv-562-SEB-VSS<br>)<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:　04/11/2006

　　　　　　　　　　　　　　　　　　　　　　　*Sarah Evans Barker*
　　　　　　　　　　　　　　　　　　　　　　　SARAH EVANS BARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution:

Guy Patrick Bishop
DOC #935764
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064